IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RONNIE M. LIGHTFOOT, 644174,<br>　　Petitioner, | § <br> § <br> § | |
| v. | § <br> § | 3:10-CV-939-M |
| RISSIE OWENS and the TEXAS<br>DEPT. OF PARDONS AND PAROLES, | § <br> § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF
THE UNITED STATES MAGISTRATE JUDGE**

　　United States Magistrate Judge Paul D. Stickney made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

　　IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the petition is hereby TRANSFERRED to the Fort Worth Division of the United States District Court, Northern District of Texas.

　　SO ORDERED this 9th day of June, 2010.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS